DAVID GROSSMAN (SBN 211326)
dgrossman@loeb.com
EMILY BORICH (*pro hac vice to be submitted*)
eborich@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
CENTRAL COAST COMMUNITY
ENERGY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3C ENGINEERING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL COAST COMMUNITY ENERGY, a business entity form unknown, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01395-SB (RAOx)<br><br>Assigned to Hon. Stanley Blumenfeld, Jr.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

22168889.1
238619-10001

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2  RECORD:

3    Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for

4  Defendant, Central Coast Community Energy ("Defendant" or "CCCE"), certifies

5  that, other than the named parties, no other parties have a pecuniary interest in the

6  outcome of this case.  These representations are made to enable the Court to

7  evaluate possible disqualification or recusal.

8

9  Dated:  April 26, 2022          LOEB & LOEB LLP
                                   DAVID GROSSMAN
10

11                             By:   /s/ David Grossman
                                     David Grossman
12                                   Attorneys for Defendant
                                     CENTRAL COAST COMMUNITY
13                                   ENERGY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

22168889.1
238619-10001

1

CERTIFICATION AND NOTICE OF
INTERESTED PARTIES