Craig J. Mariam  (SBN: 225280)

cjmariam@grsm.com

GORDON REES SCULLY MANSUKHANI, LLP

633 West Fifth Street, 52nd Floor

Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| 3C Engineering Inc., a California Corporation<br><br>Plaintiff(s)<br><br>v.<br><br>Central Coast Community Energy, a business entity form unknown, and does 1 through 10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-CV-01395-SB-RAO<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Central Coast Community Energy    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Craig J. Mariam                                                                                  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Gordon Rees Scully Mansukhani, LLP; 633 West Fifth Street, 52nd Floor
*Street Address*

Los Angeles, CA, 90071                              cjmariam@grsm.com
*City, State, Zip*                                  *E-Mail Address*

(213) 576-5000                  (877) 306-0043                  225280
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of David Aaron Grossman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   June 24, 2022

U. S. District Judge

G–01 ORDER (09/17)    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY


American LegalNet, Inc.
www.FormsWorkFlow.com