UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 22-01395-SB (RAOx)                    Date:   November 29, 2022
Title:      3C Engineering, Inc. v. Central Coast Community Energy et al.

Present:        The Honorable   **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

Donnamarie Luengo                          Tape No.: CS 11/29/2022
Deputy Clerk                               Court Recorder: CourtSmart

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

Michael Navid Cohen                        Hazel Mae B. Pangan
                                           Garrett Malcolm Fahy

**Proceedings:**        **MINUTES AND ORDER RE: TELEPHONIC DISCOVERY
                        HEARING [37]**

The case was called and counsel for 3C Engineering Inc. ("Plaintiff") and Central Coast Community Energy ("Defendant") made their telephonic appearances.  The Court and parties discussed the status of discovery disputes identified by the parties in their November 22, 2022, Joint Stipulation that was emailed to the Court.[1]

1. **Interrogatories Nos. 1-3, 5, 6, 8, 9, 12, 14, 15, and 17-20**: Defendant seeks an order compelling Plaintiff to furnish all withheld confidential information or to confirm that no such information exists.  Plaintiff's counsel indicated that all responsive documents have been provided.  As discussed on the record, Plaintiff shall certify by Friday, December 2, 2022, the discovery cutoff, that all responsive documents have been produced.

2. **Requests for Production Nos. 1-3, 6, 8, 10, 11, 17-19, 21-24, 26, 30 and 31**: Defendant seeks an order compelling Plaintiff to furnish all withheld confidential information or to confirm that no such information exists.  Plaintiff's counsel indicated that all responsive documents have been provided.  As discussed on the record, Plaintiff shall certify by December 2, 2022, that all responsive documents have been produced.

3. **Request for Production No. 4:**  Defendant seeks an order directing Plaintiff to produce communications with any person that pertain to the allegations and claims in the Complaint.

---

[1] The Joint Stipulation was emailed to the Court prior to the IDC.  As stated on the record, the Court used the categories of discovery disputes identified in the Joint Stipulation to guide its discussion with the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 22-01395-SB (RAOx)                    Date:   November 29, 2022
Title:      3C Engineering, Inc. v. Central Coast Community Energy et al.

Plaintiff's counsel stated that numerous documents have been produced already, but that a text message(s) between Mr. Anderson and Plaintiff needs to be produced and will be by December 2, 2022. Apart from this production, Plaintiff's counsel stated that no other responsive documents exist. Plaintiff shall produce any additional responsive documents, including text messages between Mr. Anderson and Plaintiff, and certify that all responsive documents that exist have been produced. Plaintiff shall do so by December 2, 2022.

4.  **Requests for Production Nos. 7, 9**: Defendant seeks an order directing Plaintiff to identify which documents in its previous productions are responsive to these requests or, alternatively, to indicate that it does not possess any responsive documents. Plaintiff responds that it has produced responsive documents, namely the trademark application, prosecution history, marketing materials, advertisements, website materials, trademark documents, and financial documents. As discussed on the record, Plaintiff shall identify the responsive documents by Bates number and certify that all responsive documents have been produced by December 2, 2022.

5.  **Request for Production No. 12**: Defendant seeks an order directing that Plaintiff produce all responsive documents or, alternatively, to indicate that no responsive documents exist. Plaintiff's counsel stated that Plaintiff produced archived website material that is responsive to this request. Plaintiff's counsel further stated on the record that no invoices or additional information exists. As discussed on the record, Plaintiff shall certify by December 2, 2022, that all responsive documents have been produced.

6.  **Request for Production No. 25**: Defendant seeks an order directing that Plaintiff produce all responsive documents or, alternatively, to indicate that no responsive documents exist. Plaintiff's counsel stated that Plaintiff has produced responsive documents, including trademark documents and marketing and financial documents. As discussed on the record, Plaintiff shall identify the responsive documents by Bates number and certify that all responsive documents have been produced by December 2, 2022.

7.  **Request for Production No. 27**: Defendant seeks an order directing that Plaintiff produce all responsive documents or, alternatively, to indicate that no responsive documents exist. Plaintiff's counsel indicated that this request is properly the subject of expert discovery and discovery remains ongoing. As noted in the hearing, the expert discovery cutoff is also

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   CV 22-01395-SB (RAOx)                     Date:   November 29, 2022
Title:        3C Engineering, Inc. v. Central Coast Community Energy et al.

December 2, 2022.  Accordingly, Plaintiff is ordered to produce by the discovery cutoff all responsive documents or, alternatively, to certify that no responsive documents exist.

8. **Requests for Production Nos. 28, 29**:  Defendant states that, in response to these requests, Plaintiff produced a single Attorney's Eyes Only document, which includes a two-page table providing aggregate annual revenue for three categories of information.  Defendant seeks an order directing Plaintiff to provide detailed information as set forth in these requests. Plaintiff's counsel indicated that the produced information, generated from QuickBooks, is responsive to these requests.  As discussed on the record, by December 2, 2022, Plaintiff shall supplement its production to these requests with any responsive documents.  If no other additional documents exist, then Plaintiff shall certify that all responsive documents have been produced.  Additionally, Plaintiff shall provide a description of the inquiry conducted to search for responsive documents.

**IT IS SO ORDERED.**

                                                    _____ :   45
                                Initials of Preparer   _____dl_____